**Order filed October 25, 2012**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00267-CR
———————

**LASONYA MICHELLE WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1319593**

## ORDER

Appellant is pro se.[1]  No reporter's record has been filed in this case.  Gina Bench, deputy court reporter for the 185th District Court, informed this court that appellant had not made arrangements for payment for the reporter's record.  On September 13, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record.  *See* Tex. R. App. P. 37.3(c).  Appellant filed no reply.

---

1 Nothing has been filed in this court suggesting appellant is proceeding as indigent.

Accordingly, we ORDER appellant to file a brief in this appeal on or before November 26, 2012. If LaSonya Michelle White does not timely file the brief as ordered, the appeal will be abated for a hearing in the trial court to determine the reason for the failure to file the brief. *See* Tex. R. App. P. 38.8(b)(2).


PER CURIAM